

# Fourth Court of Appeals
## San Antonio, Texas

December 2, 2022

No. 04-22-00794-CV

Frank **HERRERA**,
Appellant

v.

**INTERTERRA HOLDINGS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2022CV05121
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On November 22, 2022, appellant filed an emergency motion to stay a writ of possession and eviction. On November 28, 2022, we denied appellant's request for a stay because he had not paid a supersedeas bond. *See* TEX. PROP. CODE ANN. § 24.007. On November 29, 2022, appellant filed a motion asking us to reconsider our denial of the requested stay. Appellant's motion for reconsideration is **DENIED**. *See id.*

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court